**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSVALDO RIVERA,

    Plaintiff,

  v.

CITY OF HAYWARD, et al.,

    Defendants.
                      /

No. C 06-01756 WHA

**ORDER GRANTING IN PART *EX PARTE* REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** plaintiff's *ex parte* request to continue the case management conference to **JULY 6, 2006, AT 11:00 A.M.** Please serve a copy of this order on all parties. A joint case management statement is due June 29, 2006.

    **IT IS SO ORDERED.**

Dated: June 6, 2006.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE