IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSVALDO RIVERA,

      Plaintiff,

v.

CITY OF HAYWARD, OFFICER J. MILLS, individually and in his capacity as a member of the Hayward Police Department, SGT. S. KOLLER, individually and in his capacity as a member of the Hayward Police Department, OFFICER, R. CANTRELL, individually and in his capacity as a member of the Hayward Police Department,

      Defendants.
      /

No. C 06-01756 WHA

**ORDER RESETTING BRIEFING SCHEDULE AND VACATING HEARING**

Based on the declaration of Mr. Davis, the depositions of the police officers may be helpful to resolution of this motion for summary judgment. Accordingly, the parties are ordered to adhere to the deposition schedule they agreed to in Mr. Davis' August 2006 letter. Plaintiff must file an opposition to defendants' motion by **DECEMBER 5, 2006**. Any reply by defendants will be due by **DECEMBER 12, 2006**. The hearing will be on **JANUARY 4, 2007 AT 8 A.M**. The hearing on this matter currently scheduled for October 19, 2006 is hereby vacated. No further extensions shall be granted.

      **IT IS SO ORDERED.**

Dated: October 11, 2006.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE