1 MICHAEL J. O'TOOLE (SBN 97779)
City Attorney
2 RANDOLPH S. HOM (SBN 152833)
Deputy City Attorney
3 CITY OF HAYWARD
777 "B" Street, 4th Floor
4 Hayward, California 94541
Tel: (510) 583-4450
5 Fax: (510) 583-3660

6 Attorneys for Defendants City of Hayward, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSVALDO RIVERA,     Case No.    C06 01756 (WHA)

        Plaintiff,

v.     STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFF'S ACTION

CITY OF HAYWARD, et al.

        Defendants.
_____ /

**STIPULATION**

All parties hereby stipulate and agree by and through their respective counsel as follows:

That plaintiff dismisses his entire action with prejudice;

///

///

///

///

///

///

---

Rivera v. City of Hayward, et al.
Case No. C06 01756 (WHA)

Stipulation and (Proposed) Order for Dismissal of Plaintiff's Action

1

|   |   |   |   |
|---|---|---|---|
| | | | LAW OFFICES OF WALTER DAVIS |
| Dated: | 11/3/06 | By: | /S/ |
| | | | WALTER DAVIS, Esq. |
| | | | Attorney for Plaintiff |

OFFICES OF THE HAYWARD CITY ATTORNEY

Dated:   11/3/06         By:      /S/
                                  RANDOLPH S. HOM, Esq.
                                  Attorney for Defendants

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2006

THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup*

---

Rivera v. City of Hayward, et al.      Stipulation and (~~Proposed~~) Order for Dismissal of Plaintiff's
Case No. C06 01756 (WHA)                 Action

2