```
1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Deputy City Attorney
3  CITY OF HAYWARD
   777 "B" Street, 4th Floor
4  Hayward, California 94541
   Tel: (510) 583-4450
5  Fax: (510) 583-3660

6  Attorneys for Defendants City of Hayward, et al.

7

8                       UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11
   OSVALDO RIVERA,                    Case No.   C06 01756 (WHA)
12
            Plaintiff,
13
   v.                                 STIPULATION AND (PROPOSED)
14                                    ORDER FOR DISMISSAL OF
   CITY OF HAYWARD, et al.            PLAINTIFF'S ACTION
15
            Defendants.
16  _____/

17                              **STIPULATION**

18      All parties hereby stipulate and agree by and through their respective counsel as follows:

19      That plaintiff dismisses his entire action with prejudice;

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27
```

Rivera v. City of Hayward, et al.    Stipulation and (Proposed) Order for Dismissal of Plaintiff's
Case No. C06 01756 (WHA)             Action

1

|  |  |
|---|---|
|  | LAW OFFICES OF WALTER DAVIS |
| Dated: 11/3/06 | By: /S/ |
|  | WALTER DAVIS, Esq. |
|  | Attorney for Plaintiff |
|  |  |
|  | OFFICES OF THE HAYWARD CITY ATTORNEY |
| Dated: 11/3/06 | By: /S/ |
|  | RANDOLPH S. HOM, Esq. |
|  | Attorney for Defendants |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2006

THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California*

---

Rivera v. City of Hayward, et al.
Case No. C06 01756 (WHA)

Stipulation and (~~Proposed~~) Order for Dismissal of Plaintiff's Action

2